131 of 1823.  Sup. Court  *David C. M^cKinstry impld^d with Johnsy M^cCarty— ads. Joseph Compau*   Farnsworth & Goodwin Defts. Attys Fil^d Sept. 8. 1831

[These pleas will be found with opinion, *supra*, p. 389.]